**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Lewis HINSON, Defendant–**
**Appellant.**

**No. 00–7082.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

William Lewis Hinson, pro se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

viable. We decline to review any other issues Nichols seeks to raise for the first time on appeal.

PER CURIAM.

William Lewis Hinson appeals the district court's order denying his "Motion to Quash Indictment and Dismiss Action for Lack of Jurisdiction." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Hinson's motion to proceed on appeal in forma pauperis and affirm on the reasoning of the district court. *See United States v. Hinson,* No. CR–93–258–P (W.D.N.C. Jul. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*